IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 10-09-BU-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WILLIAM AUGUST BRAND, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 2253;

THAT a Preliminary Order of Forfeiture was entered on July 20, 2010;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 2253(m);

1

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 2253;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT the United States' Motion for Final Order of Forefeiture (dkt #64) is GRANTED.

THAT judgment of forfeiture of the following property, shall enter in favor of the United States pursuant to 18 U.S.C. § 2253, free from the claims of any other party:

- One HP Pavilion Computer, serial number MXX914096S

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 1st day of October, 2010.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT